**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
UNITED STATES OF AMERICA :
:
-against- :
: **ORDER**
:
Raymond Rodriguez-Estrada :
: 18-CR-18(ALC)
: ─────────────
------------------------------------------x Docket #

Hon. Andrew L. Carter, Jr. , **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case

Edwin Leon-Leon _____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Renato C. Stabile , NUNC-PRO-TUNC _____.

            Attorney's Name

                    **SO ORDERED.**

            ─────────────────────────
            **UNITED STATES DISTRICT JUDGE**

November 12, 2019
**Dated: New York, New York**