MEMO ENDORSED

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-11-19

December 4, 2019

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raymond Estrada Rodriguez*, S3 18-CR-18 (ALC)

Dear Judge Carter:

I am the attorney for Raymond Estrada Rodriguez. I was recently appointed to represent Mr. Rodriguez, specifically with regard to issues related to his guilty plea in the above-referenced matter. I have met with Mr. Rodriguez and I have also discussed this matter with the Government. The Court directed the parties to submit a joint letter by December 4 to advise the Court of how the parties intended to proceed with regard to the issue of whether or not Mr. Rodriguez would seek to withdraw his guilty plea. Based on the nature of my discussions with both Mr. Rodriguez and the Government, the parties request an additional two weeks to further discuss the matter and advise the Court of how they intend to proceed and that a joint letter be submitted on or before December 18, 2019. I also request that the conference currently scheduled for December 11, 2019 at 11:30 am be adjourned until a date after December 18. I have communicated with Assistant United States Attorney Juliana Murray, who advises that the Government consents to this request.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc: AUSA Juliana Murray
    AUSA Mollie Bracewell
    (via ECF)

The application is granted. Status Conference adjourned to 1-9-20 at 10:30 a.m. So Ordered.

/s/ Andrew L. Carter
12-10-19