# MEMO ENDORSED

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-19-19

December 18, 2019

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raymond Estrada Rodriguez*, S3 18-CR-18 (ALC)

Dear Judge Carter:

The parties have conferred about how to proceed in this matter. At this point, Mr. Rodriguez wishes to file a motion to withdraw his guilty plea. I have discussed scheduling with the Government and propose the following schedule, to which the Government consents: defense motion by January 20, 2020; Government response by February 3, 2020; defense reply by February 10, 2020. The Court has scheduled a conference for January 9, 2020 at 10:30 am. In light of the proposed briefing schedule, I request that the conference be adjourned until after the parties make their submissions. If the Court requires a conference sooner, however, then I request a date the week of January 12, 2020, because I will be travelling for work January 8-10, 2020.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:   AUSA Juliana Murray
     AUSA Mollie Bracewell
     (via ECF)

*Application granted. Status conference adjourned to February 28, 2020 at 10:00 a.m.*

*So Ordered.*

12-19-19