USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

**United States of America,**

                                    **ORDER**

                                **18-CR-18 (ALC)**

      -against-

**Raymond Rodriguez Estrada,**

        Defendant(s)

---------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The in-person status conference scheduled for October 15, 2020 at 10:30 a.m. is converted to a telephone status conference.  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

    **SO ORDERED.**

**Dated:** New York, New York
       October 14, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**