USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___9/29/21___

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

September 29, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raymond Estrada Rodriguez*, S3 18-CR-18 (ALC)

Dear Judge Carter:

I am the attorney for Raymond Estrada Rodriguez. Yesterday, the Government filed a letter with the Court requesting the scheduling of a change of plea hearing on either September 30, October 1, or October 8 (Dkt. 195). Due in part to information regarding Mr. Estrada Rodriguez's medical status that I just learned, the parties request that the court instead schedule the change of plea hearing for a date in early November, except that the parties are <u>unavailable</u> on November 1, November 2, November 5, and November 9, from 1 pm – 5 pm.

In addition, Mr. Estrada Rodriguez requests to have the change of plea hearing occur in-person in the Southern District of New York, rather than a remote proceeding from Puerto Rico, where he is on pre-trial release. I apologize for this succeeding letter and for the changes in this request. I have communicated with Assistant United States Attorney Juliana Murray, who advises that the Government has no objection to this request.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:    AUSA Juliana Murray
       AUSA Mollie Bracewell
       (via ECF)

The application is **GRANTED.**   A change of plea of hearing is set for 11/10/21 at 2 p.m.
So Ordered.

9/29/21