USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __11/8/21__

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

November 5, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raymond Estrada Rodriguez*, S3 18-CR-18 (ALC)

Dear Judge Carter:

I am the attorney for Raymond Estrada Rodriguez. With the consent of the Government, I write to request that the change of plea hearing currently scheduled for November 10, 2021 at 2:00 pm be postponed for approximately 1 week. The reason for the request is that the defendant, who will be travelling from Puerto Rico for the hearing, has a serious nasal infection and is on antibiotics. A copy of his discharge paperwork from the hospital is attached hereto. I have communicated with Assistant United States Attorney Juliana Murray, who advises that the Government has no objection to this request.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

attachments

cc:    AUSA Juliana Murray
       AUSA Mollie Bracewell
       (via ECF)

The application is **GRANTED.** The change of plea hearing is adjourned to 11/18/21 at 3:30 p.m. So Ordered.

11/8/21