**MEMO ENDORSED**

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **4/18/22**

April 15, 2022

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Raymond Estrada Rodriguez*, S3 18-CR-18 (ALC)

Dear Judge Carter:

    I am the attorney for Raymond Estrada Rodriguez. With the consent of the Government, I write to request that Mr. Estrada Rodriguez's sentencing, which is currently scheduled for April 21, 2022, be adjourned to May 12, 2022 at 12 PM, a date and time I understand is available to the Court. The reason for the request is to correct the PSR. I have communicated with Assistant United States Attorney Juliana Murray, who advises that the Government has no objection to this request.

    I thank the Court for its consideration.

                            Respectfully submitted,
                            /s/
                          Renato C. Stabile

cc:   AUSA Juliana Murray
       AUSA Mollie Bracewell
       (via ECF)

The application is **GRANTED.**
So Ordered.

*[Signature: Andrew L. Carter]*  4/18/22