UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              Plaintiff,

    -against-

RAYMOND RODRIGUEZ ESTRADA,

                              Defendant.

------------------------------------------------------------------- x

18-CR-18 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

    The Sentencing scheduled for May 12, 2022 is adjourned to **June 9, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            May 10, 2022

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**