**MEMO ENDORSED**

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/25/22__

August 23, 2022

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Raymond Estrada Rodriguez*, S3 18-CR-18 (ALC)

Dear Judge Carter:

    I am the attorney for Raymond Estrada Rodriguez, defendant in the above-referenced matter. Mr. Estrada Rodriguez was sentenced by your Honor on June 16, 2022 to 60 months' imprisonment and ordered to self-surrender by August 31, 2022 at 10:00 am. Mr. Estrada Rodriguez has been designated by the U.S. Bureau of Prisons to voluntary surrender to FPC Pensacola on Wednesday, August 31, 2022 by 10:00 am.

    In order to enable Mr. Estrada Rodriguez to travel on August 30, 2022 from his home in Puerto Rico to Pensacola, Florida for his self-surrender, we request that the Court order that his electronic monitoring ankle bracelet be removed on August 29, 2022.

    I thank the Court for its continued consideration.

                               Respectfully submitted,
                               /s/
                               Renato C. Stabile

cc:    AUSA Juliana Murray
       AUSA Mollie Bracewell
       (via ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
8/25/22