**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/22/23
```

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Hector Duprey Vasquez*, 18 Cr. 18 (ALC)

Dear Judge Carter:

Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

Thank you for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/ Mary E. Bracewell
Mary E. Bracewell
Assistant United States Attorney
(212) 637-2218

cc: Counsel of Record (by ECF)

The application is **GRANTED**.
So Ordered.

*[signature]* 5/22/23